Anthony J. Palik (SBN 190971)
LAW OFFICES OF ANTHONY J. PALIK
268 Bush Street, #3838
San Francisco, CA 94104
Ph.: (415) 724-6519
Fax: (415) 849-1221

Attorney for Plaintiff Gilberto Ordonez-Bernal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERTO ORDONEZ-BERNAL,<br><br>Plaintiff,<br><br>v.<br><br>JEFF SESSION, Attorney General of the United States Department of Justice, in his individual capacity,<br><br>Defendant. | ) | CASE NO.<br><br>**COMPLAINT FOR DECLARATORY RELIEF PURSUANT TO BIVENS V. SIX UNKNOWN NAMED AGENTS**<br><br>**JURY DEMANDED** |

PARTIES

1. Plaintiff GILBERTO ORDONEZ-BERNAL is a natural person who presently, and for all purposes relevant herein, resides in the United Mexican States, hereinafter "Mexico."

2. Defendant JEFF SESSIONS is the Attorney General of the United States Department of Justice, hereinafter "DOJ," the "Department," or the "government." Attorney General SESSIONS is sued in his individual capacity.

//

//

//

//

JURISDICTION AND VENUE

3. Federal Question Jurisdiction exists pursuant to Sections 1331 and 1343 in this case and is premised on allegations made pursuant to Section 1983 of Title 42 of the United States Code.

4. Venue in the Northern District of California is proper pursuant to Section 1391(b)(2) in that, even though neither party resides in the same judicial district, defendant SESSIONS does business in and has minimum contacts with the Northern District of California and a substantial part of the events or omissions giving rise to the claim occurred in said District.

FACTUAL ALLEGATIONS

5. Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, defendant SESSIONS was the agent and employee of other unnamed defendants and, in doing the things alleged, was acting within the course and scope of such agency.

6. Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, unnamed defendants conspired and acted in concert with and under the instructions and orders of defendant SESSIONS as his agents in the matter pleaded herein.

7. Plaintiff is the respondent in an immigration case in which he was subjected to an Order of Removal from the United States on September 11, 2015, under 8 U.S.C. §1229a, by the Office of the Chief Immigration Judge of San Francisco (hereinafter "OCIJ"), California, Judge VINCENT R. WHITE, presiding. The OCIJ is an agency of the Executive Office for Immigration Review (hereinafter "EOIR"), which in turn is an agency of the DOJ. Plaintiff was subsequently removed to Mexico against his will.

8. The harms caused to plaintiffs, and each of them, are capable of repetition yet evading review since their cases might resolve in the state court yet each could again be liable for similar charges and again be unable to obtain access to the state courts to have those charges resolved.

## CAUSE OF ACTION

**Declaratory Relief (28 U.S.C. § 2201, 2202)**

9. All allegations stated previously in this complaint are incorporated herein as though fully set forth.

10. This action arises under the United States Constitution, particularly under the Due Process Clause of the Fifth Amendment pursuant to the holding of the United States Supreme Court in the case of Bivens v. Six Unknown Named Agents, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971), in that plaintiff suffered a deprivation of a Constitutionally guaranteed civil right because he was not provided Due Process at the time of his removal hearing on September 11, particularly when the immigration judge did not permit his attorney to speak in his defense and submit documentary evidence to prove plaintiff's case -- to wit, a police report which detailed the circumstances surrounding plaintiff's kidnapping and torture in Mexico.

11. In so doing defendants and his agents acted under color of the statutes, ordinances, regulations, customs, and usages of the United States when they deprived plaintiff of his right to assistance of counsel and of Due Process under the Fifth Amendment to the United States Constitution, for the reasons stated in the previous paragraph.

12. By their actions, the defendant and his agents caused a deprivation of rights to the plaintiff that is actionable as a suit in equity for declaratory relief under Sections 2201 and 2202 of Title 28 of the United States Code.

## PRAYER FOR RELIEF

1) The plaintiffs hereby pray for the following relief by order of this Court:

a) For a declaration of the rights and duties of the parties according to the issues raised by plaintiff in this Complaint – to wit, that the plaintiff's rights under federal law and the Constitution of the United States were violated when plaintiff was ordered removed from

the United States against his will, and

b) For attorney's fees and costs in an amount to be determined by this Court.

JURY DEMAND

Insofar as there might be contested facts, and where said facts might be heard by a jury of the parties' peers, out of an abundance of caution a jury trial is demanded in this case.

Dated: March 1, 2017

By: s/ Anthony J. Palik
Anthony J. Palik,
Attorney for all Plaintiffs