1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 GILBERTO ORDONEZ-BERNAL,

8            Plaintiff,

9      v.

10 JEFFERSON B. SESSIONS III, et al.,

11            Defendants.

Case No. 17-cv-01324-SK

**ORDER TO SHOW CAUSE**

12        This matter was scheduled for a case management conference to take place on August 21,

13 2017 at which time counsel for Plaintiff Gilberto Ordonez-Bernal failed to appear. This action

14 was filed on March 13, 2017 and has lingered on the Court docket with minimal attention from the

15 Plaintiff. When Plaintiff failed to serve Defendant before the June 12, 2017 initial case

16 management conference, the Court granted Plaintiff an extension to serve the Defendant, meet and

17 confer, and attend the continued case management conference on August 21, 2017. On August 14,

18 2017, Plaintiff's counsel filed a statement that he was too busy to serve the complaint until after

19 August 18, 2017. Counsel neither requested nor received leave of Court to continue the Case

20 Management Conference or to be excused from appearing at the Case Management Conference.

21 Plaintiff counsel's failure to appear demonstrates a continuing disregard for the Court and

22 Plaintiff. Thus, the Court hereby ORDERS Plaintiff's counsel to show cause why he should not

23 be sanctioned. Counsel must file such a statement by August 29, 2017. In addition, Plaintiff must

24 serve this suit and file proof of service by August 28. Failure to do so will result in dismissal of

25 this action.

26 / / /

27 / / /

28 / / /

1      **IT IS SO ORDERED**.

2   Dated: August 21, 2017



3                                      _____

4                                      SALLIE KIM
                                     United States Magistrate Judge

United States District Court
Northern District of California

2